

CLERK
US DISTRICT & BANKRUPTCY
COURTS

2020 MAY -4 PM 10:51
RECEIVED

United States District Court for the District of Columiba Circuit
Evan Gahr
New York Post columnist and citizen Blogger

Vs.

Kesher Israel Board of Directors
Andew Cooper
Judah Rose
Mark Mellman
Abby Goldgraber

Case: 1:20-cv-01219
Assigned To : Lamberth, Royce C.
Assign. Date : 5/5/2020
Description: Pro Se Gen. Civ. (F-DECK)

Vs.

Bluelight Strategies
Aaron Keyak
Steve Rabinowitz

Vs
Hudson Institute
Ken Weinstein
Scooter Libby

Section 1985 Conspiracy to Interfere with Civil Rights
Libel
Illegal Discrimination in Public Accommodations in Violation of the 1964 Civil Rights Act
Intentional Infliction of Emotional Distress

CLERK
US DISTRICT & BANKRUPTCY
COURTS

2020 MAY -4 PM 10:52
RECEIVED

1.   Ken Weinstein, president of the Hudson Institute, a neo-con think and and government

contractor,  is part of the secretive cabal of Jews ensconced at the upper echelons of

Kesher Israel, the longtime synagogue of Joe Lieberman.   By denying me membership

and banning  me from their synagogue  at the behest of Ken Weinstein and longtime

Kehser Israel congregant Jay Lefkowitz,  who got Jeffrey Epstein his sweetheart plea

deal,  the defendants are  contravening Jewish teaching and threewishes of their own

congregants and the Bush White House to violate my First Amendment rights and civil
conspiring with the

rights.    Jay Lefkowitz, Karl Rove and Tim Goeglein, were informed about their

synagogue ban and are encouraging the defendants to keep violating my civil rights and

First Amendment rights.


RECEIVED
MAY - 5 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

CLERK
US DISTRICT & BANKRUPTCY
COURTS

2020 MAY -4 PM 10: 53

RECEIVED



24.  During a break in Shabbat Services on March 7, 2020 just minutes afer I told somebody

that Ken Weinstein was telling to them they he fired me for denouncing Christian Right

anti-Semitism.   After the services ended when I walked in Ken Weinstein's direction

Kesher Israel vice-president Judah Rose stormed up to me in a menacing manner.

Coming within inches of my face he yelled, "I don't want you talking to Ken Weinstein.

" I said, "What's wrong with talkign to Ken Weinstein? Why sholdn't I talk to Ken

Weinstein?"

25.  Judah Rose said, "I am goign to call the police." said, "I'm going to call the police."

26.  I said, "So go call them and you'll have your own YouTube moment."

27.  He stormed out of the sanctuary and went literally running down the stairs, stomping his

feet loudly. Judah Rose went running up to the MPD officer outside the building and told

him he wanted me removed from the buidling. Somebody, watching the frenetic activity

of  Judah Rose but didn't know the context might have thought I had just told him I tested

postivie for corona or something.  I am not purposely being sardonic. That is my best way

to describe the scene.

28.  When I got ouside Judah Rose snarled, "Go away and don't ever come back."

29.  I appealed to the board members and Mark Melllman but they fully supported his edict.

Rabbi Hyim Shafner told me that he didn't want me at the synagogue anymore because I

was "accsuing Ken" of firing him for denouncing anti-Seitimsm. I told him rabbis are not

allowed to ban Jews from synagogues.  Mr. Shafner told me that he was aware of the

edictt but didn't care about it and was going to ban me anyway because of what  I said to

Ken Weinstein.   Objecting to my dismissal was  proteced activities under the Distrist  of

CLERK
US DISTRICT & BANKRUPTCY
COURTS

2020 MAY -4  PM 10: 53

RECEIVED

51. Columbia Human Rights Act and, of course, First Amendment protected speech and  I

    was praising my religion. Because as a Jew I am obligated to object to the Chruch's

    murderous anti-Semitism and the neo-cons who try to cover it up in the same manner that

    leftists of yesteryear tried to whitewash and deny Stalin's crimes.  I filed a public

    accommodations complaint against the Kesher Israel boardc with the District of

    Columbia Human Rights shortly afer this incident.

52. On April  21, 2001,  the Washington Post quoted me calling Moral Majority and Heritage

    Foundation co-founder Paul Weyrich "a demented anti-Semite" because he said the Jews

    killed Christ. Per public records,  as OMB general counsel Jay Lefkowitz incited Karl

    Rove to have his aide Tim Goelgein threaten then-Hudson Institute president Herb

    London with loss of government contracts if he didn't cut me loose.  London and Ken

    Weinstein, then Hudson

53. VP fired me the next day.   Ken Weinstein and Herb Lodnon then told the media and

    ADL head Abe Foxman that the real reason they fired me was becasue of my improper

    used of a stuffed chimp in cable news debate. I have since named him Louis E.

    Chimpstein. The "E" is for Eric Breindel.   "Louis" is for my grandfather Louis

    Goldstock.

54. I had been going to servcies for months and was a bit hit. The synagogue seems insuular

    but lots of congregants welcomed an older unmarried newcome into their midst, wishing

    tme "Shabbat Shalom" and making chit chat--asking where I am from.  That kind of

    thing. Atthe kiddush afer the servvices earlier this yeart two millenial girls told me they

55.

CLERK
US DISTRICT & BANKRUPTCY
COURTS

RECEIVED

2020 MAY -4 PM 10: 53



78. really lik... an older congregant, who has a very busy beard and a WASPY name and had the leanings of a convert.

79. Janet Cooke is the reporter who won a Pulizer Prize for the Washington Post for her article about the supposd eight-year-old black heroin addicdt she claimed was named "Jimmy."

80. Her articles turned out to be a fabrication.

81. She was fied from the Washington Post. *of Accenture*

82. Andew Cooper and Abby Goldgraber and Judah Rose and Hyim Shafner have repeatedlly ignored me when I attempted to handle things amicably and avoid litigaion.  Or avoid further litigatoin.   At his instructions the worker bee for Kesher Israel board trustee Mark Mellman hung up on me when I asked to talk to him.

83. The assistant to Rabbi Hyim Shafner hung up on me when I asked for his mobile number.

84. Mark Mellman and Abby Goldgraber and Hyim Shafner and Andew Cooper ignored me when I told them that I was having bad PTSD episdoes because they banned me. I asked them to tell me I could go to services if and when the synagogue re-opened. I made clear if they did that I would drop my lawsuits.

85. Abby Goldgraber  and Andew Cooper and Mark Mellman ignored me when I repeatedly told them they were violating Jewish teaching by banning me from synagogue and conspiring with Ken Weinsten and the Hudson Instiutte and Jay Lefkowitz and Tim Goglein and Karl Rovve to violate my First Amendment rights.

86.

87.

CLERK
US DISTRICT & BANKRUPTCY
COURTS

2020 MAY 4 PM 10: 54

RECEIVED



108.    But this week the defendants stopped ignoring me and responded to me because I led them to

believe that a reporter for the Washington Post had interviewed me about them banning

me from their synagogue.

109.    Until this week, I had never talked to Abby Goldgraber or communicated with her

directly.  I had not emailed he directly

110.    I czlled her. She didn't recognize my number.

111.    I asked her if my stuffed chimp could go to services instead of me.  She professed

ignorance about Louis E. Chimpstein.

112.    I told her that synagogues are not allowd to ban Jews. She made clear she knew that

but didn't really care.   I asked hre if I could go services when the synagogue re-opened.

113.

114.    She refused to answer my question.

115.    I told her  falsely, "you are on the phone with Janet Cooke from the Washington

Post."

116.    Suddenly, Abby Goldbraber  cared what  I was saying to her.  I said Janet Cooke

interviwed  meextensivel about these matters.

117.    Abby Goldgraber, sounding very nervous said something like, "tell he to identify

herself."

118.    I said, "Janet Cooke won a Pulitzer Prize. She doesn't have to justify herself to you."

119.    When Abby Goldgraber got off the phone she didn't remember the name of the

Washington Post reporter I hads told he had itnerviewed me. But she told the other

defendants that a Washington Post reporter was inteested in thir banning me form the

CLERK
US DISTRICT & BANKRUPTCY
COURTS

2020 MAY -4 PM 10:54

RECEIVED



142. synagogue. Abby Goldgraber and the Kesher board then had their spokesman Aaron Ketaway call me

143. Aaron Keyak is a Kesher member and as spokesman for the board is responsbile for everything they do.

144. He callled me and said somethng like, "You said a Washington Post reporer was looking into this. Jennifer? I know some Jennifers but I doon't know anyboydy who would be interested in this kind of thing."

145. He kept asking me for the name of the Washington Post reporer who had interviwed me.

146. I didn't answer his question.

147. I asked him why Kesher was banning me and if they would allow me to attend services when they resumed.

148. He told me that he would not answer my questions unless I told him for whom I was writing. I told him that was really pompous of him. I told him Marty Baron talks to me wtihout knowing for whom I am writing. Aaorn Kayak said, "Maybe you had a pre-existing relationship with Marty Baron." I told him New York Times executive editor

149.

150.

151.

152.

153.

154.

CLERK
US DISTRICT & BANKRUPTCY
COURTS

2020 MAY -4 PM 10: 54

RECEIVED



177.     Dean Baquet, White House correspondent Maggie Haberman and iconic Tmes reporter Clyde Haberman to answer my questions without asking for whom I am writing.

178.     He told me that he wanted Maggie Haberman to vouch for me and respond to my allegations.  To try and intimidate me he said he would ask her about me. I said if he emailed her she would probably be quite irked since she has three kids and writes heavily reported stories and is probably already deluged with emails.  But he told me he wouldn't talk to me unless she deemed me kosher.

179.     Under further persistent and fierce questioning he accused me falsey of "harassing" Abby Goldgraber and Kehser board members.

180.     I told him that was absolutely false.  And that none of the defednatns ever told me not to contact them. Just the opposite. Afer I called Mr. Shafner he told me I could call him another time and he would meet with me.   Futhemore, until this week I had never even spoken on the phone with Abby Goldgraber or emailed her directly

181.     I told Aaorn Kataway that if he honstly believvred I was hararssing Kehser board members he should say it publicly to somebody at the New York Times. I called somebody in the DC bureau with him on conference call.   Indelibly harming my reputation and making false and malicious stsatements that he knew very well are false he said that I was criminallly "hararssing" Kesher Israel board members.

182.     On April 28, 2020,  I repeatedly told him that his statemnt was false and malicious and harmful to my reputation.  I told him that if he didn't retract it publicly I would sue him for it.   I also dared him to repeat the statment to other reporters.  The fact that he wouldn't do that shows he didn't believe what he said was true.  He is the spokesman for



CLERK
US DISTRICT & BANKRUPTCY
COURTS

2020 MAY -4 PM 10: 54

RECEIVED

205.    Kesher Israel if he told me that I am harassing Kesher board memers he is

professionally obligatd to say to other reporters, not just this one New York Times person

I dared him to call.

206.    He told me that he would only discuss his statement to the New York Times with me

if New York Times reporter Maggie Haberman "vouched" for me.  I told him whther or

not she "vouhched" for me--whateer that means--is legally immaterial.  He told me to

talk to his lawyer but refused to give me contact for him   I repeatedl told Aaron Kataway

his statement was false and malicious.  He told me he didn't care what I was saying

becasue Maggie Haberman had not given him her stamp of approval for me.

207.    In the course of this discussion Aaron Keyaky  said he asked Maggie Haberman about

me but she did not reply.   And since she had not vouched for me, he conveyed, he would

not address the fact that he had made a false statement about me to the New York Times.

208.    Maggie Habreman is not the New York Times scribe that libeled me to in that voice

mail. Maggie Habmeran is qutie familiar with my unique brand of chimp journalism,

dating to when I asked her father Clyde Haberman rude questions about New York Times

columnist Tom Friedman punching a reader who asked him a purposley provocative

question after he gave a speech.   Clyde Haberman has been familiar with my reporting

since at least 1996 when I was a press columnist for Eric Breindel.

209.    Based on information and belief the New York Times employee who Aaron Kataway

with calculated and purposeful malice intended to run cover for his client's conspiracy to

violate my civil rights and First amendment told malicies lies about me does not know

210.

CLERK
US DISTRICT & BANKRUPTCY
COURTS

2020 MAY -4 PM 10: 54

RECEIVED

233.    my name.  His lies were therefore particularly injurious to my reputation beause this

New York Times person is going to believe them.

234.    Aaron Keyak  is encouraging other board members to violate my First Amendment

rights and cviil rights by banning me from the synagogue.  I sent him my applicatoin for

synagogue membership but he did not forward it to the rabbi.  He therefore violated

synagogue rules that anybody can join the synnagouge. Even if you are not Jewish. The

only criteria is you can't have a non-Jewish spouse.

235.    Aaron Keyak is co-founder of Bluelight Straegies with Steve Rabinowitz.  The lattter

was repeatedly informed this week that Mr. Kataway made false and malicious

statements about me to the New York Times and that these statements harmed my

reputation and that Mr. Keyak has essentially conceeded the statement is false.

236.    Steve Rabinowitz did not respond to my enreatiess intendced to handle things

amicably so it is not necessary for me to also sue him and his firm.

237.    As a direct result of Aaron Keyak telling malicious lies about me to the New York

Times I had a PSTD episdoe becaause I get very intimidating by bullies who lie about me

secretly. As a matter of law his lie was public. But he is also engaging in secrecy because

he won't publicly defend his statement to the New York Times and he won't answer my

questions about it.  The legal definiion of intentional infliction of emotional distress is

conduct that is extreme and outrageous and offensive to all community standards.

Aaoron Kataway knows he is doing something shameful and his clients are doing

somethign shameful that is why he won't defend it publicly.  His only defense was to

238.

CLERK
US DISTRICT & BANKRUPTCY
COURTS

RECEIVED

261.    offer a series of odious lies about me to the New York Times that he clearly doesn't

even believe are true Because he won't defend his statement publicly.

262.    Aaron Kataway libeled me at the behest of Abby Goldgraber and the Kesher Israel

board of dirctors and Rabbi Hyim Shafner and trustee Mark Mellman. They have since

been informed about his malicious statment to the New York Times and told it is false.

But they are refusing to telll him to retract it.

263.    Steve Rabinowitz does public relations work for David Saperstein and the Union of

Reform Judaism. He represented the URJ conference which Saperstein barred me from

atending.

264.    Aaron Keyak is also violating Jewish teaching.  If he believes what he said is true he

is obligated to repeat it again publicly.

265.    Under the concept of lashon horah idle gossip and dispararing somebody is

prohibited unless people need to know the information. Then Jews are *obligated* to

dissemminate it relevant parties..

266.    In emails to lots of elite DC journalists, I have repeaedly attacked Abby Goldgraber

and Mark Mellman and Andrew Cooper for violating my civil rights.  If it is the position

of the Kesher Israel board, as enunicated to the New York Times that I have been

crininally harassing them they are obligated under Jewish teaching to say that to

everybody I emailed.

267.    Steve Rabinowitz is fully supporting Aaron Keyak lying to the New York Times

about me in order for his right-wing clients violating my First Amendment rights because

I objected to the co-founder of the Moral Majority and Heritage Foundation saying the

CLERK
US DISTRICT & BANKRUPTCY
COURTS

2020 MAY -4 PM 10: 54

RECEIVED

290.    Jews killed Chirst. Today, he ignored repeated emails that I sent him in an attempt to

handlg things amicably so I don't need to sue him also.

291.    Abby Goldgraber is violaing synagogue rules and denying me membership becaue I

objected to Ken Weinstein firing me. She ignored my membership applications this week.

292.    On April 30, I exchanged texts with Aaron Kataway with his lawyer and a personal

friend who is also a journalist cced.  Let's call this person "Leroy."  I told Kataway his

statement was libelous and if he didn't retract it I would sue him for libel.  Leroy does not

work for the New York Times but Kataway and his lawyer percevied Leroy as somebody

who might speak in my case.  Keyak, encouraged by his lawyer, kept threatening me that

he was going to have his lawyer "contact" Leroy if he spoke or wrote in my defense

regarding my libel claim.   He repeatedly said  his laywer would contact him. That alone

was abusive and coercion and an intimidation technique and illegal. Lawyers are not

allowed to contact people directly. They are requird to contact their lawyers.

Additonally, his laywer and Keyak had no legitimate grounds for contacting him. He also

kept trying to intimidate me by asking in meancing manner, are you sure you want to put

Leroy in the middle of this, implyhing there woud be conseuqnences for both of us if I

used him a a witness or he offered my support in any legal proceedings.   With the

encoaurgement of and at the behest of the other defedants, Aarok Keyak kept telling me

that he was going to have his laywer contac everybody I had "dragged into this" and take

unspecified  "action."

293.    By "this" he meant my libel lawsuti against Judah Rose in DC Supeior Cour and my

Supeior Court of the District of Columbia for illegal retaliation for my protected

CLERK
US DISTRICT & BANKRUPTCY
COURTS

RECEIVED



316.    activiities and also my case that will before this Court.  Abby Goldgrabre and the

other memebers of her Jewish cabal were were served around April 14, 2020.  The case

has since been dismissed without prejudice but Keyak and the other defendants didn't

know that.  Indeed, they apparently didn't even retain counsel.

317.    Steve Rabinoiwtz ignored me when I asked him to retract Keyak's statement. I have

provided notice of intentnet to the defendants to sue them for libel and everything else.

318.



CLERK
US DISTRICT & BANKRUPTCY
COURTS

342.    On May , 2020 at august 5 11AM, as a direct result of all the malicious and illegal

conduct of Aaron Kataway, backed by Steve Rabinowitz  I had a bad PTSD episdoe and

panic attack on May 1, 2020.  I was very upset becasue they were trying to poison my

relationship wth "Leroy." I called MPD 911. I explaiend the situation to the operator.. I

said I felt threatened by Aaron Keyak because he was doing witness tampering.  She said

something like "I understand what you are saying." She agreed with me that the best way

to handle this was to sue  Aaron Kataway and Steve Rabinowitz for their witness

tampering and intimidation techiques.   After the conversation I had more PTSD episodes

and panic attacks and trired to get medicine for it.

343.    Last week, I challenged Aaron Keyak to tell other reporters, who are following these

events closely, that I had been "harassing" Kesher board members.  But he refused to do

so. This shows he clearly didn't believe what he told the New York Times. His job as

spokesman is to get Kesher's side of the story out to reporters.  His statement to the  New

York Times journo harmed my reputations by depicting me as a criminal.

344.    I told the defenants that Keyak's statmeent was false and malicious and asked them to

retract it.  But they ignoredc me.   Today, in yet another attempt to avoid litigatoin, I

asked Steve Rabinowitz and Aaron Keayak to have thier lawyer call me.  They ignored

me,.

Respectuflly submitted for the Court's consideration with faith in the American People,

Evan Gahr
Washington Gadfly
New York Post coumnist for Eric Breindel

05/04/2020

CLERK
US DISTRICT & BANKRUPTCY
COURTS

2020 MAY 14  PM 12: 55

RECEIVED



9:24 AM

100%

2 People >

Aaron Keyak

Google my lawyers firm. I thought you were a reporter. Him being my lawyer is not a lie. But if that's how you want to be, why are we still talking?

Also, you sure you want to bring ██████ into this?

Everybody in America is in this, you dumb fuck

Everybody in America would find it revolting that Joe Lieberman's synagogue

Would ban expel a Jew from services and call the cops on him

Because he objected to somebody there firing him for

CLERK
US DISTRICT & BANKRUPTCY
COURTS

2020 MAY -4 PM 10: 55

RECEIVED



.ιll Verizon LTE          9:24 AM                  ⏻ 100% 🔋

 11



A   DL

2 People >

Aaron Keyak

But you sure ~~Daniel~~ still wants to be a part of this.

> What does being a part of it mean? He is a reporter. Reporters are observers. He is observing

> . For somebody who fancies himself such a pr whiz you are incredibly ignorant about journalism.

Aaron Keyak

He's involved now. And I've given you my counsel's name. Why are you still contacting me?

> I am gonna try to find my email exchanges with Maggie

> Hanorman



CLERK
US DISTRICT & BANKRUPTCY
COURTS

2020 MAY -4 PM 10: 56

.ıll Verizon LTE    9:23 AM    🔒 100% 🔋

**RECEIVED**

< 11    A   DL

2 People ›

No, it's fine. Contact Joe. I'm more than willing to stop talking with you if you want. I only keep taking with you because you reach out to me. And, in addition to talking with you, my firm's lawyers can contact ~~Daniel~~ and whomever else you've dragged into this.

> You are as condescending and vicious

> To me

> As white southerners

> We're towards blacks

> You are right linguistically

> Your lawyer "can" contact anybody he chooses

Eva Gehr
vs
Steve Rabinovitz
Aaron Keyak

Sechen
1985 Conspiracy
to Video Conflicts



CLERK
US DISTRICT & BANKRUPTCY
COURTS

Section 1985
Conspiracy

RECEIVED
ADL

2020 MAY 11 PM 9:27

Even Gehr
US

Accenture
employee

.ıll Verizon LTE

9:24 AM

100%

11

2 People

Aaron Keyak

Google my lawyers firm. I
thought you were a reporter.
Him being my lawyer is not a
lie. But if that's how you want to
be, why are we still talking?

Also, you sure you want to
bring ~~Daniel~~ into this?

Abby
Goldenberg

US
Aaron Keyak

US Ken
Weinstein

US
Mark Mellman

US

Everybody in America is in this,
you dumb fuck

Everybody in America would
find it revolting that Joe
Lieberman's synagogue

Would ban expel a Jew from
services and call the cops on
him

Because he objected to
somebody there firing him for

CLERK
US DISTRICT & BANKRUPTCY
COURTS

.ıll Verizon 2020 MAY -4 PM 10: 57   2:17 PM                     @ 70% ▬

‹ 14  RECEIVED   Ⓐ ⒹⓁ

2 People ›

Aaron Keyak

You've included him and now he's a pet of it. It's up to ~~Daniel~~ I or Sandler's firm will also reach out to everyone else you've cced or included on all our communications to see if they want to be included. And then we'll take appropriate action.

Ⓐ

Or is he scared to talk

To me

Aaron Keyak

You've included him and now he's a part of it. It's up to ~~Daniel~~. I or Sandler's firm will also reach out to everyone else you've cced or included on all our communications to see if they want to be included. And

CLERK
US DISTRICT & BANKRUPTCY
COURTS

2020 MAY -4 PM 10: 58
RECEIVED
12



.ıll Verizon LTE                    2:56 PM                    @ 50% ▬

K

Kesher Spokesman >

I'll call Maggie tomorrow. What
will she confirm about you?

Baquet

She would confirm that Abby
Goldgraber and Judah Rose
and Andrew Coopet are
NeoCon Kapos violating my
First Amendment rights and
civil rights and they

Are pissing over Jewish
teaching so much God needs
to send a hazneth team to
Kesher to clean it up

Okay, what outlet is running it
again?

FederalCourt.com



CLERK
US DISTRICT & BANKRUPTCY
COURTS

.ıll Verizon  LTE        2020 MAY  3:25 PM 58        38% ▢

RECEIVED

‹ 12

K



Kesher Spokesman ›

I'll reach out to Maggie right now to see if she'll vouch for you.

You dumb fuck

It wasn't a threat. If she vouches for you that could change things.

Whether she vouches for me or not is legally and journalistically immaterial. What does she need to "vouch" me for exactly?  What could she possibly tell you that can't find on Google.

You were the one who brought her up. I'll let you know how she replies.

CLERK
US DISTRICT & BANKRUPTCY
COURTS

2020 MAY -4 PM 10: 59

RECEIVED



Kesher Spokesman >

> You dumb fuck

> Why should Maggie Haberman respond to me

Okay, we'll see what Maggie says.

> She is not the spokesman for Kesher you are

Yes. But I've really got to go to bed. It's late.

> Can Chimpstein go to services instead of me?

CLERK
US DISTRICT & BANKRUPTCY
COURTS



2020 MAY -4 PM 2:56 PM

**RECEIVED**

K

•ıll Verizon LTE



⊙ 50% 🔋

‹ 12

Kesher Spokesman ›

I'll call Maggie tomorrow. What will she confirm about you?

Eva Gehr
V s
Steve Rabvet
V s Gannkapek

Sechical 1985

Coopey

**Baquet**

She would confirm that Abby Goldgraber and Judah Rose and Andrew Coopet are NeoCon Kapos violating my First Amendment rights and civil rights and they

Are pissing over Jewish teaching so much God needs to send a hazneth team to Kesher to clean it up

V s
Margshellmen
V s Accenture Employee
c Abby Goldgraber

Okay, what outlet is running it again?

FederalCourt.com



CLERK
US DISTRICT & BANKRUPTCY
COURTS



.ıll Verizon LTE    2020 MAY -4 PM 4:03 PM    @ 23% 🔋



**RECEIVED**

K

Kesher Spokesman ›

Are you retracting your lie to the New York Times?

I need to figure out if you're actually writing for a news outlet before we speak any further.

You really don't

Because if you don't talk to me here we can talk in front of a judge you told somebody at the DC bureau I was criminally harassing board members. No board member ever told me not to contact them. I only talked to Abby Goldgraber one time on the phone. She didn't tell me not to contact her again

I'll reach out to Maggie right now to see if she'll vouch for



.ıll Verizon LTE          3:23 PM          38%

RECEIVED

K

Kesher Spokesman

I'll reach out to Maggie right now to see if she'll vouch for you.

You dumb fuck

It wasn't a threat. If she vouches for you that could change things.

Whether she vouches for me or not is legally and journalistically immaterial. What does she need to "vouch" me for exactly? What could she possibly tell you that can't find on Google.

You were the one who brought her up. I'll let you know how she replies.

CLERK
US DISTRICT & BANKRUPTCY
COURTS

2020 MAY -4 PM II: 01

RECEIVED



.ull Verizon LTE   9:24 AM   @ 100% 🔋

< 11



2 People >

Aaron Keyak

Google my lawyers firm. I thought you were a reporter. Him being my lawyer is not a lie. But if that's how you want to be, why are we still talking?

Also, you sure you want to bring ~~Daniel~~ into this?

Everybody in America is in this, you dumb fuck

Everybody in America would find it revolting that Joe Lieberman's synagogue

Would ban expel a Jew from services and call the cops on him

Because he objected to somebody there firing him for

Caller. One of the facets of his depression is his inability to complete tasks, even when he initially intends to do them. This can result in missed scheduled appointments, incomplete projects etc.

Stephen A. Zurrow Ph.D

New York State Licensed Psychologist- 005504-1

Exhibit - LEC





CLERK
US DISTRICT & BANKRUPTCY
COURTS
2020 MAY -4 PM 1:03

CLERK
US DISTRICT BANKRUPTCY
COURTS
2020 MAY -4 PM 11:03

RECEIVED

THE WASHINGTON POST

SATURDAY, APRIL 21, 2001

# Weyrich Assailed for Citing Jews in Christ's Death

*By Thomas B. Edsall*
*Washington Post Staff Writer*

Paul Weyrich, one of the founders of the contemporary conservative movement, has provoked a furor on both the right and left by writing an Easter commentary declaring that "Christ was crucified by the Jews."

The commentary caused critics to accuse Weyrich of anti-Semitism. Evan Gahr, a senior fellow at the Hudson Institute and a writer for a number of conservative publications, countered yesterday with an outraged commentary of his own on the American Spectator Web site. In an interview, he called Weyrich a "demented anti-Semite."

Weyrich, head of the Free Congress Foundation, was unavailable for comment, but an aide, Nicholas Sanchez, said, "He is not in any way an anti-Semite." Sanchez sought to back up Weyrich's assertion by citing several passages in the New Testament, including the Book of Matthew, Chapters 27 and 28; and the Book of Mark Chapters 8, 14 and 15. "Paul was just citing the Scriptures," Sanchez said.

Weyrich's April 13 commentary—titled "Indeed He Is Risen!"—was e-mailed to supporters and posted on the Free Congress Foundation's Web site. In it, Weyrich wrote:

"Our God could not bear to see mankind suffering, even if it was from the consequences of his own actions, so He sent His only Son to become man so that man could become like God. To accomplish that, Christ was crucified by the Jews who had wanted a temporal ruler to rescue them from the oppressive Roman authorities. Instead God sent them a spiritual leader to rescue them from their sins and despite the fact that Jesus Christ, the Son of God, performed incredible miracles, even raised people from the dead, He was not what the Jews had expected so they considered Him a threat. Thus He was put to death."

The publication of Gahr's essay produced a flood of e-mails to the American Spectator, some supporting Gahr, some backing Weyrich, and many arguing that the point of the crucifixion story is, in the words of a number of writers, that "we [everyone of all backgrounds] killed Christ."

Gahr's criticism of Weyrich was strongly supported by Marc Stern of the American Jewish Congress, and Eugene Fisher, director of Catholic-Jewish relations for the National Conference of Catholic Bishops.

Stern said that throughout Western history, "the charge often set off pogroms" based on the "blood libel that Jews killed Christ." In some countries, Stern said, Jews avoid going out at night around Easter and Good Friday because of fears of violence.

Fisher said Weyrich's statement "is exactly the type of collective guilt on the Jewish people that the Second Vatican Council specifically condemned in the declaration Nostra Aetate, October 28, 1965." A year ago, Pope John Paul II said in Israel that the Catholic Church is "deeply saddened by the hatred, acts of persecution, and displays of anti-Semitism directed against the Jews."

In a demonstration of the volatility of these issues on the political right, Gahr had submitted his article to David Horowitz's FrontPage Magazine, where he is a regular columnist. Horowitz recently gained publicity from an ad attacking slavery reparations that provoked controversy on college campuses where it ran. Horowitz denounced the attacks as liberal censorship.

Richard Poe, editor of FrontPage, rejected the Gahr article but denied there was a double standard regarding criticism of conservatives. In an interview, Poe said, "I did not feel that there was anything in Evan's article that justified calling this man an anti-Semite." He declined to say whether Horowitz reviewed the article.

Exhibit W

27

Evan Gahr
NY Post Columnist
for Israel Broad
US
Hudson Institute
Ken Weinstein
Libby Goldraber
or Accenture

Aaron Keyale

31Superior Court of the District of Columbia
2020 CA 01019

CLERK
DISTRICT & BANKRUPTCY
COURTS

29

2020 MAY -4 PM 11: 03

# A JONES FOR PRODUCT PLACEMENT

RECEIVED

BY Lloyd Grove Hudson Morgan
NEW YORK DAILY NEWS
Tuesday, November 15, 2005, 12:00 AM

- 
- 
- Tweet
- email

CLINTON ISN'T HAPPY WITH D.C. BLOGGER'S MEDICATION CLAIM Bill Clinton has been out of office for nearly five years, and still the conservatives won't get off the former President's case. Washington blogger Evan Gahr, who runs the chimpstein.
com Web site, yesterday wrote that "a psychiatrist colleague of Clinton's physician" revealed to him that Clinton is "taking antidepressants.

" The 59-year-old Clinton underwent open-heart surgery in September 2004, and Manhattan psychiatrist Peter Shapiro, who does not treat Clinton, told me that 20% to 30% of heart-surgery patients - compared with 5% to 15% of the general population - suffer post-operative depression. Yesterday Clinton's spokesman, Jay Carson, denied that his boss is taking antidepressants. From Tel Aviv, where the former President is on a well-publicized visit to Israel with his wife, Sen. Hillary Clinton, Carson E-mailed: "This is totally untrue, but this kind of fabrication is probably to be expected from a guy who has made his living attacking President Clinton and was fired from his last job for, among other things, playing with stuffed animals during a serious TV interview.

" Carson is "lying about me, and he's probably lying about Clinton," Gahr retorted. "When you work for a known liar, you probably shouldn't question others' credibility.

" Gahr, who in 2001 was fired from his job as a senior fellow at the conservative Hudson Institute, conceded that he once brandished a stuffed chimp during a debate on Fox News' "Hannity & Colmes.

32Superior Court of the District of Columbia
2020 CA 01019

CLERK
US DISTRICT & BANKRUPTCY
COURTS

Date:      Friday, June 15, 2002 8:47 AM  2020 MAY -5  PM 11: 03
From:      mperetzteo@yahoo.com
To:        EvanGahr@aol.com   RECEIVED



Dear Evan:

You know that I have been a friend and I want to continue to be a
friend.  This is not simply out of loyalty to Eric, but out of respect for
your gifts.  It is clear to me that you have been traumatized by the
ugliness of your former comrades on the right who would not be
traumatized.  They have shown grotesque double standards, worst of all
the
Jews among them.  The relevant worlds now know about this.  That is a
triumph for you.  You should now move on and make the point to them that
they have not destroyed your life or career.  I will be returning to
America on the 1st of July.  Let's have a long conversation.

Marty

26Superior Court of the District of Columbia
2020 CA 01019

http://www.nydailynews.com/archives/opinions/wing-proves-honesty-doesn-pay-article-1.
900498

>
> RIGHT WING PROVES IT AGAIN - HONESTY DOESN'T ALWAYS PAY
>
> By Stanley Crouch
> Oddly, little has been reported about the squabble among conservatives over right-wing icon
Paul Weyrich's talking the same talk that put Charlie Ward of the Knicks on the hot plate. As you
surely must know by now, Ward is a New Testament man who went back into the old charge
that the Jews killed Christ. After that got on the front pages, there were some behind-the-scenes
movements to make sure we didn't find ourselves in the middle of another moment of hysteria in
which Jews were accused of attacking another black man. The point was to get Ward to back up
to at least Vatican II and renounce language that has been a staple of anti-Semitic types for
centuries. As for Weyrich, this gentle Christian recently published that very same "Jews killed
Christ" charge on his Web site. This was exposed by conservative columnist and investigative
reporter Evan Gahr. Gahr was promptly attacked and painted as "a publicity hound" by
conservative gadfly David Horowitz, whose own most recent claim to publicity has been his
buying ads in college newspapers to argue against the idea of reparations for American slavery.
In another twist of the knife, Gahr was informed yesterday that he would soon be relieved of his
position at the Hudson Institute, a conservative think tank. That this story has not made much of
a showing in the ongoing press discussion of identity as determined by public - or private -
statements is more than a bit interesting, particularly in light of the coverage Ward got for much
the same thing. It surely proves there's no liberal press bias against the conservatives. After all,
the so-called liberal press let off Senate Majority Leader Trent Lott (R-Miss.) despite plenty of
proof showing his connection to the Council of Conservative Citizens, more than a few of whose
members consider black people innately inferior to whites. No black politician connected to a
group with the opposite view would have gotten away with it. Imagine, for example, if Colin
Powell or Condoleezza Rice had ever praised the ideas of the Nation of Islam. But if the
mainstream press isn't paying attention to Gahr, the right wing certainly is. **In fact, he is being
treated much the same way that Washington Post reporter Milton Coleman was when he
reported the Hymietown comment that boiled Jesse Jackson in charges of anti-Semitism
for a few years.** No one has promised to "deliver death" to Gahr as Louis Farrakhan did to
Coleman. But Gahr has definitely been stripped of his conservative stripes. The irony is that if
he had looked the other way and ignored Weyrich's anti-Semitic remarks, Gahr would be quite
safe now. **But dissension in the ranks is a crime among hard-core ideologues, from the
far right to the far left.**

23 Superior Court of the District of Columbia
2020 CA 01919
US DISTRICT & BANKRUPTCY COURTS
2020 MAY -4 PM 4:01
RECEIVED

Despite improvement Mr. Gahr's ability to work in his profession as a journalist remains significantly impaired.  His concentration and focus are spotty.  At times they are fine but at others they can be extremely poor.  He can get easily frustrated and it will take him days to regroup and focus.  Language and writing skills can range from excellent to poor depending on his mental state at the time.  When feeling good he is socially active but when not he still retreats and isolates.

In addition, he has recently begun to experience panic attacks related to Post Traumatic Stress from the original trauma.  These attacks can range from moderate to severe.  The latest one on 6/9 and 6/10 [was a direct result of Michael Horowitz criminally harasssing his father]

Assessment:

[Redacted for Privacy Reasons and Because It Is Immaterial to My Claims]

If additional information is required please feel free to contact me.

Stephen A. Zurrow Ph.D.
Licensed New York State Psychologist-005504-1

Exhibit-SZ2

**From:** Stephen Zurrow <sajg125@gmail.com>     **To:**     EvanGahr <evangahr@aol.com>

**Subject:**     Letter  **Date:**  Thu, May 3, 2018 2:04 pm

To Whom It May Concern:

I have been treating Evan Gahr for Major Depressive Disorder and Post Traumatic Stress

Disorder stemming from his dismissal from The Hudson Institute and harassment of his father.

More recently (2016), these conditions were exacerbated by his firing from his job at The Daily

Caller. One of the facets of his depression is his inability to complete tasks, even when he

24Superior Court of the District of Columbia

2020 CA 01019

CLERK
DISTRICT & BANKRUPTCY
COURTS

2020 MAY -4 PM 11: 04

RECEIVED

initially intends to do them. This can result in missed scheduled appointments, incomplete

projects etc..

Stephen A. Zurrow Ph.D.

New York State Licensed Psychologist- 005504-1

(33)

EN anGehr
VS

Accenture
Abby Goldgreben



Section 1985 Conspiracy
to Inter with Civil Rights

27Superior Court of the District of Columbia
2020 CA 01019 US DISTRICT & BANKRUPTCY
COURTS
2020 MAY -4 PM 11: 05
RECEIVED



# Right-wing purge reminds me of the Reds

Although it hasn't risen to the level of general public notice, there is a purge going on in conservative circles that should concern every American. It doesn't matter that you've probably never heard of the victim. Everyone ought to care — and raise objections — when people who represent themselves as defenders of free speech and the American way of life behave, in fact, like totalitarians.

The person being purged is Evan Gahr, a conservative writer and investigative reporter. It all started when Gahr went after Paul Weyrich, whose status among Republicans is assured by his position as commander of the right-wing Free Congress Foundation.

Weyrich wrote an Easter mes-



**STANLEY CROUCH**

sage on his Web site that flailed Jews with the old slur that they killed Christ. Gahr, who happens to be Jewish, was appalled and went public with his disgust.

After that, things changed for him very quickly. He was attacked by conservative gadfly David Horowitz, who is also Jewish, and informed that his column would no longer be welcome at Horowitz's FrontPage Magazine on the Internet.

The Hudson Institute, a conservative think tank, then informed Gahr that the sudden pain he felt in his backside was the result of its kicking him out. This, despite the fact that Herb London, head of the institute and himself a Jew, had told the Forward, a Jewish weekly, that although he

did not think Gahr had always acted professionally, he was in no danger of being dismissed from Hudson because "at the institute, we don't tell people what to say."

Shortly thereafter, Gahr told me, he received an E-mail from the institute's Mona Charen, a conservative columnist (and also a Jew), alerting him to expect a call from the head of the Washington office informing him he had been dismissed. Charen added: "I sincerely hope that you will take this opportunity to seek psychological or psychiatric help."

It has not stopped there. In his most recent booting, Gahr's name has been taken off the masthead of The American Enterprise magazine. He was listed as a contributing writer in the May issue of this journal of politics, business and culture. He is gone in June.

What's more, Karl Zinsmeister, the edi-

tor in chief, has told Gahr he no longer may use the magazine's facilities for research. Zinsmeister says the problems with Gahr preceded the Weyrich incident, but that does not justify an apparent purging.

We should remember that Gahr's "offense" was blowing the whistle on a person who had indulged in anti-Semitism. His action is something that just about everyone except those who put allegiance to the cause above all else would see as a form of public service.

Gahr's punishment reminds me of Milan Kundera's "The Book of Laughter and Forgetting." The novel is a satire, often heartbreaking, of Eastern Europe under the Communists. It was a time when the regime would celebrate a person — until he was purged. Then his name would disappear from official documents. Then his image would be airbrushed away.